Alan Stuart Graf, OSB # 92317
alangraf@aracnet.com
PO Box 98
Summertown, TN 38483
Telephone: 931-964-3123
Fax: 931-964-3127
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ALBERT LEMMON

        Plaintiff,

        v.

MICHAEL J. ASTRUE
Commissioner of Social Security,

        Defendant.

CV 07-6020-AA

ORDER FOR EAJA
ATTORNEY FEES

Based upon the stipulation of the parties, the Commissioner is ordered to pay $5,744.59 for Equal Access to Justice Act (EAJA) attorney fees to Plaintiff payable to Plaintiff's attorney Alan Graf and mailed to Plaintiff's attorney at the following address: Alan Graf, PO Box 98, Summertown, TN 38483 . No costs are awarded to either party.

It is so ordered:

DATED 1/17/08

*[signature]*

United States District Court Judge

Prepared as to form

/s/   Alan Graf
Attorney for Plaintiff

ORDER